# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ISAIAH GLAZE,<br><br>Plaintiff,<br><br>v.<br><br>GLENN E. PRATT et al.,<br><br>Defendants. | Case No. 5:24-cv-01835-DSF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Add Party be DENIED without prejudice to Plaintiff filing a separate action based on the December 21, 2025 incident at Valley State Prison.

Date: April 9, 2026

DALE S. FISCHER
United States District Judge